# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **HYPERQUERY, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS AMERICA INC.,**<br>    **Defendant** | Civil Action No. 6:23-cv-00007-DAE<br><br>**JURY TRIAL DEMANDED** |

## CORRECTED AMENDED NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, HyperQuery, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims, or claims that Plaintiff could have raised, as Defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patents. Each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  October 13, 2023

>Respectfully submitted,
>
>*/s/ William P. Ramey, III*
>William P. Ramey, III
>Texas Bar No. 24027643
>**Ramey LLP**
>5020 Montrose Blvd., Suite 800
>Houston, Texas 77006
>(713) 426-3923
>wramey@rameyfirm.com
>
>*Attorneys for HyperQuery, LLC*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that October 13, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

/s/ *William P. Ramey, III*
William P. Ramey, III